IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOE GARCIA, FERNANDO QUILES, and DALIA RIVERA MATIAS | : : : | |
| v. | : : | CIVIL ACTION NO. 12-0556 |
| 2011 LEGISLATIVE REAPPORTIONMENT COMMISSION and CAROL AICHELE, | : : : | |

## ORDER

**AND NOW**, this  5th  day of   April  , 2013, it is **ORDERED** as follows:

1. Plaintiffs' request for a declaratory judgment is **DENIED**.

2. Plaintiffs' Motion for Preliminary Injunction (ECF No. 19) is **DENIED.**

3. Plaintiffs' Request to Convene a Three-Judge Panel (ECF No. 63) is **DENIED.**

4. Plaintiffs' Request for a Special Election is **DENIED**.

5. Defendant 2011 Legislative Reapportionment Committee's Motion to Dismiss Plaintiffs' Complaint (ECF No. 20) and Defendant Carol Aichele's Motion to Dismiss Plaintiffs' Complaint (ECF No. 35) are **GRANTED**.

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**